1  **J. SCOTT BURRIS**
   Nevada Bar No. 10529
2  **KARISSA D. NEFF**
   Nevada Bar No. 9133
3  **CARL R. HOUSTON**
   Nevada Bar No. 11161
4  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
5  Las Vegas, NV 89101
   Telephone 702.727.1400
6  Facsimile 702.727.1401
   J.Scott.Burris@wilsonelser.com
7  Karissa.Neff@wilsonelser.com
   Carl.Houston@wilsonelser.com
8  *Attorneys for Plaintiff SVI, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SVI, INC., a Nevada corporation, | CASE NO. 2:16-cv-01098-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONDUCT FRCP 26(f) CONFERENCE AND SUBMIT STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |
| SUPREME CORPORATION, a Texas Corporation, and HOMETOWN TROLLEY (a/k/a DOUBLE K., INC.), a Wisconsin Corporation, MR. DUSTIN PENCE, an individual resident of Wisconsin, | |
| Defendants. | **(First Request)** |

Plaintiff SVI, Inc., a Nevada Corporation and Defendants Supreme Corporation, a Texas Corporation, Hometown Trolley (a/k/a Double K., Inc.), a Wisconsin Corporation, and Mr. Dustin Pence, an individual, by and through their attorneys of record hereby stipulate and agree to the following, and concurrently seek this Court's approval of same.

IT IS HEREBY STIPULATED AND AGREED that the parties shall participate in a Fed. R. Civ. P. 26(f) conference no later than August 12, 2016, which Defendants submit was due by July 15, 2016, but which Plaintiff's counsel believed was due by August 1, 2016. Plaintiff's counsel attempted to initiate the conference on August 1, 2016 after being out of the office for a week to manage personal, logistical, issues for the last week of July 2016. Further, defendant Supreme Corporation reserves its right to discuss a stay of discovery during the Rule 26(f) conference. If the parties cannot reach an agreement on this issue, Supreme Corporation does not waive its right to

LVDOCS01 1005855v.2

seek a stay of discovery given the pending motions to dismiss for lack of personal jurisdiction, improper venue and failure to state a claim.  *See* ECF Nos. 12, 27, 28.

      IT IS FURTHER STIPULATED AND AGREED that the parties will submit a Stipulated Discovery Plan and Scheduling Order to the Court on or before August 19, 2016, subject to an order granting a motion to stay discovery.

| | |
|---|---|
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP | McDONALD CARANO WILSON LLP |
| */s/ J. Scott Burris*<br>J. Scott Burris<br>Nevada Bar No. 10529<br>Karissa D. Neff<br>Nevada Bar No. 9133<br>Carl R. Houston<br>Nevada Bar No. 11161<br>300 South Fourth Street, 11th Floor<br>Las Vegas, NV 89101<br>Telephone 702.727.1400<br>Facsimile 702.727.1401<br>*Attorneys for Plaintiff SVI, Inc.* | */s/ Kristen T. Gallagher*<br>Pat Lundvall<br>Nevada Bar No. 3761<br>Kristen T. Gallagher<br>Nevada Bar. No. 9561<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>Telephone: 702.873.4100<br>Facsimile: 702.873.9966<br>  and<br>Richard D. Anigian (admitted *pro hac vice*)<br>George T. Graves (admitted *pro hac vice*)<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue, Suite 700<br>Dallas, TX 75219-7672<br>Telephone: (214) 651-5000<br>rick.anigian@haynesboone.com<br>george.graves@haynesboone.com<br>*Attorneys for Defendant Supreme Corporation* |
| */s/ Andrew Green*<br>Megan K. Dorsey<br>Andrew C. Green<br>Koeller, Nebeker, Carlson & Haluck, LLP<br>300 S Fourth Street, Suite 500<br>Las Vegas, NV 89101<br>Telephone: 702.853.5500<br>Facsimile: 702.853.5599<br>*Attorneys for Double K., Inc. and Mr. Dustin Pence* | |

Dated: August 2, 2016.

**ORDER**

      IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 3, 2016 _____

2

LVDOCS01 1005855v.2