# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SVI, INC., | Case No. 2:16-cv-01098-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 44, 45) |
| SUPREME CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court is Defendants' motion to stay discovery. Docket No. 44. Any response shall be filed no later than August 29, 2016, and any reply shall be filed no later than September 2, 2016.

Also pending before the Court is the parties' proposed discovery plan, Docket No. 45, which is hereby **DENIED** without prejudice pending resolution of the motion to stay. In the event the motion to stay is denied, the parties shall file a renewed proposed discovery plan within seven days of the issuance of the order resolving the motion to stay.

IT IS SO ORDERED.

DATED: August 22, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge