# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SVI, INC., | ) | Case No. 2:16-cv-01098-JAD-NJK |
| Plaintiff(s), | ) | ORDER |
| vs. | ) | |
| SUPREME CORPORATION, et al., | ) | |
| Defendant(s). | ) | |

The pending case arises out of a business relationship in the trolley industry that has gone off the tracks. Defendants have sought to wreck this litigation by filing several motions to dismiss, and Defendants now seek to put the brakes on discovery through a bump. Plaintiff asserts that those motions should not hinder it from chugging forward, and Plaintiff is instead clanging to conduct discovery now. Hence, the Court must therefore decide whether discovery should zing, zing, zing forward or whether it should stop, stop, stop.

A hearing is hereby **SET** on the pending motion to stay for 9:30 a.m. on September 14, 2016, in Courtroom 3A. In the interim, the deadline for Defendant Supreme to respond to the already-served requests for production is **VACATED** pending resolution of the motion to stay.

IT IS SO ORDERED.

DATED: September 6, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge