1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| SVI, INC., | Case No. 2:16-cv-01098-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| SUPREME CORPORATION, et al., | |
| Defendant(s). | |

11
12
13
14
15

16      Pending before the Court is the parties' discovery plan.  Docket No. 63.  A hearing is hereby

17  **SET** on the discovery plan for 2:00 p.m. on January 10, 2017, in Courtroom 3A.

18      IT IS SO ORDERED.

19      DATED: December 28, 2016

20      _____

21      NANCY J. KOPPE
        United States Magistrate Judge

22
23
24
25
26
27
28