**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SVI, INC., | Case No. 2:16-cv-01098-JAD-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 96) |
| SUPREME CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to extend. Docket No. 96. Any response shall be filed by November 30, 2017, and any reply shall be filed by December 1, 2017.

IT IS SO ORDERED.

DATED: November 28, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge