1 J. Scott Burris
Nevada Bar No. 10529
2 J.Scott.Burris@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
3 300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
4 Telephone 702.727.1400
Facsimile  702.727.1401
5 *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SVI, INC., a Nevada corporation,<br>Plaintiff,<br><br>v.<br><br>SUPREME CORPORATION, a Texas Corporation, and HOMETOWN TROLLEY (a/k/a DOUBLE K., INC.),<br><br>*Defendants.* | CASE NO. 2:16-cv-01098-JAD-NJK<br><br>**URGENT MOTION**<br><br>**SVI, INC.'S STIPULATION AND MOTION FOR EXTENSION OF TIME DUE TO COMPUTER PROBLEMS**<br><br>ECF No. 107 |

Plaintiff SVI, Inc. a/k/a Specialty Vehicles, Inc. ("Specialty Corp" or "SVI"), respectfully moves the court on an basis for an extension of the deadline to file an objection to the Magistrate Order—which is otherwise due today—because SVI's counsel's office has been experiencing substantial computer network problems this week, including most of yesterday and all day today. (Ex. 1, Burris Decl.)  SVI's counsel has been informed that the problems should be fixed sometime later today.  SVI requests that the new deadline be set for **Monday, March 26, 2018**.

DATED this 21st day of March, 2018

Wilson Elser Moskowitz Edelman & Dicker LLP

BY: */s/ J. Scott Burris*
J. Scott Burris
Nevada Bar No. 10529
J.Scott.Burris@wilsonelser.com
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
Telephone 702.727.1400
Facsimile  702.727.1401
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer Dorsey
March 21, 2018

534039v.2