# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SVI, INC., | Case No. 2:16-cv-01098-JAD-NJK |
| Plaintiff(s), | |
| v. | ORDER |
| | (Docket No. 113) |
| SUPREME CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court is a stipulation to extend the discovery cutoff to May 7, 2018, Docket No. 113, which is hereby **GRANTED**.[1] The stipulation does not seek an extension to any other deadline set in the scheduling order, so all other deadlines remain unchanged.

IT IS SO ORDERED.

DATED: April 3, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] To the extent discovery is being delayed in light of Plaintiff's objection to the undersigned's order, *see* Docket No. 113 at 4 (noting objection at Docket No. 110), the Court reminds the parties that the "filing of objections to a magistrate judge's order on a non-dispositive matter does not stay the order's operation." *In re Application of O'Keeffe*, 2016 WL 2771697, at *6 (D. Nev. Apr. 4, 2016) (quoting *De Leon v. CIT Grp., Inc.*, 2013 WL 950527, at *1 (D. Nev. Mar. 11, 2013)).