# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SVI, Inc.

|                    JUDGMENT IN A CIVIL CASE
|                    for Attorney Fees and Costs

Plaintiff,

v.                   Case Number: 2:16-cv-01098-JAD-NJK

Supreme Corporation, et al.

Defendant.

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Court $4,597.50 in attorneys' fees and $108.73 in costs, to be paid within 14 days to Supreme Corporation.

4/5/18
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ A. Reyes
_____
Deputy Clerk