# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SVI, Inc.

        Plaintiff,

  v.

Supreme Corporation, et al.

        Defendant.

Amended
JUDGMENT IN A CIVIL CASE
for Attorney Fees and Costs

Case Number: 2:16-cv-01098-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Court $4,597.50 in attorneys' fees and $108.73 in costs, to be paid within 14 days to Supreme Corporation.

| | |
|---|---|
| 4/9/18 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ A. Reyes |
| | Deputy Clerk |