# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SVI, INC.,

    Plaintiff(s),

v.

SUPREME CORPORATION, et al.,

    Defendant(s).

Case No.: 2:16-cv-01098-JAD-NJK

**ORDER**

The deadline to file the joint proposed pretrial order expired on June 14, 2018. Docket No. 99. To date, Plaintiff and remaining Defendant Double K have not done so.[1] Accordingly, Plaintiff and Double K shall file a joint proposed pretrial order by July 3, 2018.

IT IS SO ORDERED.

Dated: June 21, 2018

                        Nancy J. Koppe
                        United States Magistrate Judge

---

[1] Double K joined in Supreme's motion for summary judgment. Docket No. 116. That motion was denied without prejudice, *see* Docket No. 126, and no renewed motion was filed.