MEGAN K. DORSEY, ESQ.
Nevada Bar No. 6959
ANDREW C. GREEN, ESQ.
Nevada Bar No. 9399
KOELLER, NEBEKER, CARLSON
 & HALUCK, LLP
400 S. 4th Street, Suite 600
Las Vegas, NV 89101
Phone: (702) 853-5500
Fax: (702) 853-5599
*megan.dorsey@knchlaw.com*
*andrew.green@knchlaw.com*
Attorneys for Defendant,
DOUBLE K., INC. erroneously sued and served as
HOMETOWN TROLLEY (a/k/a DOUBLE K., INC.)

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SVI, INC., a Texas Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUPREME CORPORATION, a Texas Corporation, and HOMETOWN TROLLEY (a/k/a DOUBLE K., INC.), a Wisconsin Corporation, MR. DUSTIN PENCE, an individual resident of Wisconsin,<br><br>Defendants. | CASE NO.: 2:16-cv-01098-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST HOMETOWN TROLLEY (a/k/a DOUBLE K., INC.) WITH PREJUDICE**<br><br>ECF No. 130 |

**IT IS HEREBY STIPULATED BY AND BETWEEN**, Plaintiff, SVI, INC., by and through its counsel of record, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP and Defendant, DOUBLE K., INC. erroneously sued and served as HOMETOWN TROLLEY (a/k/a DOUBLE K., INC.) by and through its counsel of record, KOELLER, NEBEKER, CARLSON & HALUCK, LLP, that Plaintiff hereby dismisses its Complaint in

///
///
///
///
///

526803

its entirety against Defendant, with prejudice, each party to bear their own attorney fees and costs.

DATED this ___ day of June, 2018.   DATED this 21 day of June, 2018.

KOELLER NEBEKER CARLSON           WILSON, ELSER, MOSKOWITZ,
& HALUCK, LLP                     EDELMAN & DICKER, LLP

By: _____       By: _____
    MEGAN K. DORSEY, ESQ.             J. SCOTT BURRIS, ESQ.
    Nevada Bar No. 6959               Nevada Bar No. 10529
    ANDREW C. GREEN, ESQ.             MARIA VERONICA SALDINO, ESQ.
    Nevada Bar No. 9399               Nevada Bar No. 14418
    400 S. 4th Street, Suite 600      300 S. Fourth Street, 11th Floor
    Las Vegas, NV 89101               Las Vegas, NV 89101
    Attorneys for Defendant,          Attorneys for Plaintiff,
    DOUBLE K., INC. erroneously       SVI, INC.
    sued and served as HOMETOWN
    TROLLEY (a/k/a DOUBLE K.,
    INC.)

## ORDER

Based on the parties' stipulation **[ECF No. 130]** and good cause appearing, and because the dismissal of the claims against Hometown Trolley ends this case, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 21, 2018

Respectfully submitted by:

KOELLER NEBEKER CARLSON
& HALUCK, LLP

By: _____
    MEGAN K. DORSEY, ESQ.
    Nevada Bar No. 6959
    ANDREW C. GREEN, ESQ.
    Nevada Bar No. 9399
    400 S. 4th Street, Suite 600
    Las Vegas, NV 89101
    Attorneys for Defendant,
    DOUBLE K., INC. erroneously sued and
    served as HOMETOWN TROLLEY
    (a/k/a DOUBLE K., INC.)